STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
DAVID W. MOON (State Bar No. 197711)
GAGANJYOT K. SANDHU (State Bar No. 327279)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Facsimile: 310.556.5959
Email:  lacalendar@stroock.com
        bfrontino@stroock.com
        dmoon@stroock.com
        gsandhu@stroock.com

Attorneys for Plaintiffs
  AMERICAN EXPRESS NATIONAL BANK and
  AMERICAN EXPRESS TRAVEL RELATED
  SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br><br>           Plaintiffs,<br><br>     v.<br><br>OWEN MESSAC, SWAGG SEATS INC. and Does 1 through 20, inclusive.<br><br>           Defendants. | Case No. 3:20-CV-00502-DMS-AHG<br><br>Assigned:   Hon. Dana M. Sabraw<br>            Hon. Allison H. Goddard<br><br>**JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Declaration of Brian C. Frontino submitted concurrently herewith] |

Plaintiffs American Express National Bank and American Express Travel Related Services Company, Inc. (together, "American Express") and defendants Owen Messac ("Messac") and Swagg Seats Inc. ("Swagg Seats") (together, "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby jointly move this Court for an Order continuing the early neutral evaluation conference (the "ENE Conference") currently set for January 27, 2021, at 9:30 a.m., and in support thereof state as follows:

After adjourning the December 4, 2020 ENE Conference, American Express's representative realized they had a pre-existing conflict on that date that cannot be resolved. Accordingly, counsel for American Express called the Clerk of this Court in an attempt to clear additional dates. Counsel for American Express was advised that the Court did not have any availability before January 27, 2021, and that the Parties should speak amongst themselves and propose later dates for the Court to consider.

The Parties have conferred and are available to attend an ENE on February 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 2021 at any time that is convenient for the Court.

In the interim, the Parties continue to engage in informal settlement discussions and anticipate mutually producing documents in advance of the ENE in an attempt to further those discussion.

The Parties have not previously requested any extensions regarding the ENE, and this request is made in good faith and not for purposes of delay.

Pursuant to the Court's December 4, 2020 Order and Your Honor's Civil Pretrial Procedures, the ENE Conference may be continued upon a showing of good cause. Here, and as set forth above, good cause for a continuance exists to maintain continuity of the parties' settlement discussions at the ENE Conference.

//

//

Accordingly, the Parties respectfully request that the ENE Conference be continued from January 27, 2021, at 9:30 a.m., to any date on February 1, 2, 3, 4, 5, 8, 9, 10, 11, 12, 2021.

Dated:  December 17, 2020

STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO
DAVID W. MOON
GAGANJYOT K. SANDHU

By:     */s/ Brian C. Frontino*
           Brian C. Frontino

Attorneys for Plaintiffs
    AMERICAN EXPRESS NATIONAL
    BANK and AMERICAN EXPRESS
    TRAVEL RELATED SERVICES
    COMPANY, INC.

Dated:  December 17, 2020

SMALL LAW PC
WILLIAM F. SMALL

By:     */s/ William F. Small*
           William F. Small

Attorneys for Defendants
    OWEN MESSAC and
    SWAG SEATS INC.

### ECF Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to William F. Small, counsel for Defendants, and that I have obtained Mr. Small's authorization to affix his electronic signature to this document.

Dated:  December 17, 2020

    */s/ Brian C. Frontino*
        Brian C. Frontino

# CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2020, copies of the foregoing **JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System.

By: */s/ Brian C. Frontino*
Brian C. Frontino

1

CERTIFICATE OF SERVICE
Case No. 3:19-cv-01622-W-AHG

MIA 31480566