STROOCK & STROOCK & LAVAN LLP
BRIAN C. FRONTINO (State Bar No. 222032)
DAVID W. MOON (State Bar No. 197711)
GAGANJYOT K. SANDHU (State Bar No. 327279)
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone:  310.556.5800
Facsimile:  310.556.5959
Email:   lacalendar@stroock.com
         bfrontino@stroock.com
         dmoon@stroock.com
         gsandhu@stroock.com

Attorneys for Plaintiffs
  AMERICAN EXPRESS NATIONAL BANK and
  AMERICAN EXPRESS TRAVEL RELATED
  SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.<br><br>Plaintiffs,<br><br>v.<br><br>OWEN MESSAC, SWAGG SEATS INC. and Does 1 through 20, inclusive.<br><br>Defendants. | Case No. 3:20-CV-00502-DMS-AHG<br><br>Assigned:   Hon. Dana M. Sabraw<br>            Hon. Allison H. Goddard<br><br>**DECLARATION OF BRIAN C. FRONTINO IN SUPPORT OF JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>[Joint motion submitted concurrently herewith] |

I, Brian C. Frontino, hereby declare as follows:

1. I am admitted to practice before this Court and am a partner of Stroock & Stroock & Lavan LLP, counsel for plaintiffs American Express National Bank and American Express Travel Related Services Company, Inc. (together, "American Express") in this action. I submit this declaration in support of American Express and defendants Owen Messac ("Messac") and Swagg Seats Inc's ("Swagg Seats") (together, "Defendants" and, collectively with American Express, the "Parties") Joint Motion for Continuance of Early Neutral Evaluation Conference, filed concurrently herewith. The facts set forth herein are true of my own personal knowledge or based upon my review of the records exchanged between the parties in this action. If called as a witness, I could and would competently testify thereto.

2. Following the Parties initial Early Neutral Evaluation ("ENE") conference on December 4, 2020, this Court scheduled a second ENE Conference on January 27, 2021. (See ECF No. 12)

3. I conferred with the party representative for American Express on December 4, 2020, and he confirmed that he would be unable to attend the ENE Conference at the scheduled time due to a previously scheduled mediation, but is available the first two weeks in February.

4. On December 7, 2020, my office emailed Mr. William Small, Esq., counsel for Swagg Seats, informing him of American Express's desire to continue the second ENE Conference. Mr. Small stated that both he and his client have availability in February.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2020 at Miami, Florida.

                                                      */s/ Brian C. Frontino*
                                                      Brian C. Frontino

# CERTIFICATE OF SERVICE

I hereby certify that, on December 17, 2020, copies of the foregoing **DECLARATION OF BRIAN C. FRONTINO IN SUPPORT OF JOINT MOTION FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by facsimile to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's EM/ECF System.

By: */s/ Brian C. Frontino*
Brian C. Frontino