UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK and AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>OWEN MESSAC, SWAGG SEATS INC. and Does 1 through 20, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-0502-DMS-AHG<br><br>**ORDER GRANTING THIRD JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION AND CASE MANAGEMENT CONFERENCE**<br><br>[ECF No. 18] |

This matter comes before the Court on the parties' Joint Motion for Continuance of the Early Neutral Evaluation ("ENE") and Case Management Conference ("CMC") scheduled for March 1, 2021 ECF No. 18. Good cause appearing, the Court **GRANTS** the Joint Motion and **CONTINUES** the ENE and CMC to <u>**March 22, 2021**</u> at <u>**10:30 a.m.**</u>

The Court **RESETS** the related deadlines as follows:

1. <u>**Confidential ENE Statements Required:**</u>  No later than **<u>March 15, 2021</u>**, the parties shall submit confidential statements of five (5) pages or less directly to the chambers of Magistrate Judge Goddard outlining the nature of the case, the claims, and the defenses.

**These statements shall not be filed or served on opposing counsel.** They shall be lodged via email at efile_goddard@casd.uscourts.gov. The ENE statement is limited to **five (5) pages or less, and up to five (5) pages of exhibits or declarations.** Each party's ENE statement must outline:

    A.    the nature of the case and the claims,

    B.    position on liability or defense,

    C.    position regarding settlement of the case with a **specific**[1] **demand/offer for settlement**,[2] and

    D.    any previous settlement negotiations or mediation efforts.

2. As before, the ENE and CMC shall take place by video conference. To accommodate this procedure, no later than **March 15, 2021**, counsel for each party shall send an e-mail to the Court at efile_Goddard@casd.uscourts.gov containing the following:

    a.    The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

    b.    An **e-mail address for each participant** to receive the Zoom video conference invitation; and

    c.    A **telephone number where each participant** may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access

---

[1] A general statement, such as that a party "will negotiate in good faith," is a <u>not</u> a specific demand or offer.

[2] If a specific demand or offer cannot be made at the time the ENE statement is submitted, then the reasons as to why a demand or offer cannot be made must be stated. Further, the party must explain when they will be in a position to state a demand or offer.

    code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

    d. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the ENE to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

  3. **Case Management Conference:** In the event the case does not settle at the ENE, the Court will immediately thereafter hold a Case Management Conference ("CMC") pursuant to Fed. R. Civ. P 16(b). The parties may, but are not required to, submit an updated Joint Case Management Statement with new proposed dates for the case schedule no later than **March 15, 2021**. Any such Joint Case Management Statement should be filed on the docket and must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found at: https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

  All ENE-related requirements set forth in the Court's previous Order Setting Second ENE and CMC (ECF No. 12) (e.g., requirements for requesting a continuance, requirements and guidance for how to appear by video conference) remain in place, except as explicitly modified by this Order or by intervening orders of the Court.

  **IT IS SO ORDERED.**

Dated: February 23, 2021

                _____
                Honorable Allison H. Goddard
                United States Magistrate Judge